UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DERRICK DEWAYNE GRANT #131548 | CIVIL ACTION NO: 16-CV-00077 |
| VERSUS | JUDGE ELIZABETH FOOTE |
| N. BURL CAIN, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

In accordance with, and for the reasons set forth in, the Court's Memorandum Order,

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus [Record Document 1] is **DENIED**. The case is **DISMISSED WITH PREJUDICE**.

The Court **GRANTS** Petitioner a certificate of appealability pursuant to 28 U.S.C. § 2253 because he has made a substantial showing of the denial of a constitutional right regarding the references that the prosecution made during closing argument about his post-arrest silence.

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED** in Shreveport, Louisiana on this 21st day of March, 2019.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE